UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MICHAEL ALAN CROOKER

    V.                                        C.A. 12-466L

GLOBAL TEL LINK, et al

## O R D E R

Regarding the motions and objections of plaintiff, the following is ordered:

(1) Plaintiff's motion to vacate illegal magistrate ruling or in the alternative, appeal of illegal ruling to Article III Judge (Doc.#8) and Plaintiff's motion for Recusal of the Magistrate Judge (Doc.#9) are denied, and

(2) Plaintiff's objection to the July 16, 2012 Report and Recommendation of the Magistrate Judge (Doc.#7) is overruled and the Report and Recommendation hereby is adopted and accepted by the Court.

Therefore, this case is dismissed with prejudice and the Clerk will enter judgment for defendants to that affect.

It is so Ordered,


/s/Ronald R. Lagueux
Ronald R. Lagueux
Senior U.S. District Judge
September 19, 2012